IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICARDO LOPEZ, BARBARA SAENZ, AND JEANNETTE GODDARD  §<br>PLAINTIFFS  §<br>  §<br>V.  §<br>  §<br>AQUA FINANCE, INC, CONNEXUS CREDIT UNION, AND ENERFUZE LLC DBA ENERFUZE WATER TECHNOLOGIES  §<br>DEFENDANTS  § | | CASE NUMBER<br><br>5:20-CV-00218-DAE |

PLAINTIFFS' NOTICE OF PENDING SETTLEMENT WITH DEFENDANTS AQUA FINANCE, INC AND CONNEXUS CREDIT UNION ONLY

Plaintiffs, file their notice of settlement with Defendants Aqua Finance, Inc. and Connexus Credit Union ONLY.

1. Plaintiffs are Ricardo Lopez, Barbara Saenz, and Jeannette Goddard. Defendants being dismissed with this notice are Aqua finance Inc and Connexus Credit Union.

2. On February 24, 2020, plaintiffs sued Defendants Aqua Finance, Inc, Connexus Credit Union, and Enerfuze Water Technologies for fraud, breach of the federal truth in lending law, deceptive trade practices, and RICO. They filed an amended complaint on May 7, 2020.

3. Defendants have been served with process and have not served an answer or a motion for summary judgment.

4. Plaintiffs filed their second amended motion for default judgment on April 30, 2021, seeking judgment against Aqua Finance, Inc. and Enerfuze LLC. U.S. Magistrate Richard Farrer served Counsel with the "Report and Recommendation of US Magistrate Judge

Farrer" on January 25, 2022.

5. Plaintiffs request additional time of at least 21 days to execute a settlement agreement and file final dismissal documents with the Court.

Respectfully submitted,



Eva D. Sikes
TEXAS RIOGRANDE LEGAL AID
State of Texas Bar Number: 24105351
1206 E. Van Buren Street
Brownsville, Texas 78520
Phone: 956-982-5540
esikes@trla.org

Amy E. Clark
TEXAS RIOGRANDE LEGAL AID
State of Texas Bar Number: 24043761
4920 N. IH-35
Austin, Texas 78752
Phone: 512-374-2782
aclark@trla.org

*Attorneys for Plaintiffs*